UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR03-479-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| CATHIE L. McPHERRIN, aka ) | ALLEGED VIOLATIONS |
| CATHIE L. HOTCHKISS, ) | OF SUPERVISED RELEASE |
| ) | |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on January 14, 2008. A subsequent hearing took place on January 15, 2008. The United States was represented by Assistant United States Attorney James D. Oesterle, and the defendant by Michael Filipovic.

The defendant had been charged and convicted of False Statement to a Federal Credit Union in violation of 18 U.S.C. § 1014. On or about May 14, 2004, defendant was sentenced by the Honorable John C. Coughenour to a term of one (1) day in custody, to be followed by five (5) years supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, financial disclosure, $28,763.19 restitution, search, no new credit, employment restrictions, asset disclosure.

In a Petition for Warrant or Summons, dated November 8, 2007, U.S. Probation Officer

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

Mark Okano asserted the following violations by defendant of the conditions of her supervised release:

    (1)    Failing to notify the probation officer at least ten (10) days prior to any change in residence or employment in violation of standard condition #6.

    (2)    Failing to report to the probation officer as directed by the probation officer in violation of condition #2.

    (3)    Failing to follow the instructions of the probation officer in violation of standard condition #3.

The defendant was advised of her rights, acknowledged those rights, and admitted to the three alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on January 25, 2008, at 9:45 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 15th day of January, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable John C. Coughenour
       AUSA:    Mr. James D. Oesterle
       Defendant's attorney:    Mr. Michael Filipovic
       Probation officer:    Mr. Mark K. Okano